UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-81563-MARRA

GLOBAL IMAGING SPECIALISTS, LLC,
a Florida Limited Liability Company,

    Plaintiff,

v.

SHPS, PLLC, a Limited Liability Company,

    Defendant.

_____/

## **JUDGMENT**

    Based on the separately entered order granting the motion to dismiss for lack of personal jurisdiction, Judgment is hereby entered on behalf of Defendant and against Plaintiff without prejudice to Plaintiff bringing this action in a forum where personal jurisdiction over Defendant exists.

    The Clerk shall **CLOSE** the case and all pending motions are **DENIED AS MOOT.**

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of December, 2024.

KENNETH A. MARRA
United States District Judge